UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHELTER LIFE INSURANCE COMPANY                                    PLAINTIFF

v.                                                      Civil No. 1:19-cv-00004-GHD-DAS

CHARLES DECATUR ALDERMAN, II, *et al.*                           DEFENDANTS

ORDER GRANTING MOTION TO DEPOSIT
FUNDS INTO THE COURT'S REGISTRY

Based on the motion seeking authorization to deposit funds into the District Court's registry [8], it is ordered that the motion be GRANTED as follows:

1. Shelter Life Insurance Company is authorized and directed to deposit $766,764.25 by check or money order, made payable to "U.S. District Court," and delivered, together with a copy of this order, to the Clerk of the Court, as soon as practicable after funds are available, or no later than March 15, 2019.

2. The Clerk of Court is directed to deposit the funds into an interest bearing account with an authorized depository, as specified in the Order Regarding Deposit and Investment of Registry Funds[1], dated February 8, 2017, and to retain such funds on deposit until further order of the Court.

3. Nature of the deposit:

    ☐ <u>Not "disputed ownership funds" (CRIS system).</u> Based on the record presented, this Court does not find or conclude that the funds at issue must be treated as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. §1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, and charge fees, under the Court Registry Investment System (CRIS).

---

[1] The Order Regarding Deposit and Investment of Registry Funds, dated February 8, 2017, may be found on the website for the United States District Court for the Northern District of Mississippi.

- <u>Ordinary "disputed ownership funds" (CRIS DOF)</u>. This Court finds and concludes that the funds to be deposited are interpleader funds, or other funds which qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. §1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system. (CRIS DOF).

- ☐ Disputed ownership funds requiring special administration. The funds to be deposited qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. §1.468B-9(b)(1)) but require special administration, such as periodic withdrawals for payment of expenses related to this case or a related proceeding. A special administrator is required, and it cannot be the Clerk nor can it be the Administrative Office of the United States Courts, because neither is set up to administer such complex accounting. Accordingly, this court appoints the following person as the special administrator to administrate the funds, charge fees, and withhold and pay taxes. The special administrator's compensation and other terms are set forth either in the motion or elsewhere in this order, or in a separate order.

    Special Administrator: _____.

SO ORDERED, this, the 4th day of March, 2019.

_____
SENIOR U.S. DISTRICT JUDGE