UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHELTER LIFE INSURANCE COMPANY                              PLAINTIFF

v.                                         Civil No. 1:19-cv-00004-GHD-DAS

CHARLES DECATUR ALDERMAN, II, *et al.*                      DEFENDANT

## ORDER DISMISSING CASE WITH PREJUDICE

On March 27, 2019, the Court granted the parties' consent motion to discharge plaintiff Shelter Life Insurance Company's liability in this matter and to disburse the funds interpleaded by Shelter to defendant C&L Leasing, LLC. C&L Leasing has filed a notice [14] stating that it has received the interpleader funds. Accordingly, this case is DISMISSED WITH PREJUDICE.

SO ORDERED, this, the 24 day of April 2019.

SENIOR U.S. DISTRICT JUDGE